UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:02CR191 (CFD) |
| | : | |
| DAVID PAPPAS | : | November 15, 2004 |

MOTION FOR FINAL ORDER OF FORFEITURE

On August 10, 2004, this Court entered a Preliminary Order of Forfeiture in this case authorizing the United States Marshal to seize certain property subject to forfeiture, and ordering further proceedings pursuant to 21 U.S.C. § 853(n) concerning third party interests.  This Court further ordered that, upon adjudication of all third party interests pursuant to 21 U.S.C. § 853(n), this Court would enter a Final Order of Forfeiture.  The United States represents that all third party interests have been adjudicated as detailed in the attached proposed Final Order of Forfeiture.  Accordingly, pursuant to 21 U.S.C. § 853, the United States moves for entry of the attached Final Order of Forfeiture.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


MICHAEL J. GUSTAFSON
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct01503

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Final Order of Forfeiture was sent via postage prepaid first-class mail, this 15th day of November, 2004.

David Wenc, Esq.
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096

_____
MICHAEL J. GUSTAFSON
ASSISTANT U.S. ATTORNEY