UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JAN -5 P 12: 50

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v.            : | Criminal No. 3:02CR191 (CFD) |
| DAVID PAPPAS       : | |

## FINAL ORDER OF FORFEITURE

Whereas on August 10, 2004, this Court entered a Preliminary Order of Forfeiture forfeiting, pursuant to 21 U.S.C. § 853, one 1998 Chevrolet Silverado Pickup, CT Registration 33654C, VIN 2GCEC19R6W1134383

And whereas, pursuant to 21 U.S.C. § 853(n), on August 26, September 2, and September 9, 2004, the United States published in the Hartford Courant, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property as the Attorney General may direct, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

And whereas, no petitions have been filed.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

That, pursuant to 21 U.S.C. § 853(n), the right, title, and interest in one 1998 Chevrolet Silverado Pickup, CT Registration 33654C, VIN 2GCEC19R6W1134383, is hereby condemned, forfeited, and vested in the United States of America and that no right, title, or interest to the property shall exist in any other party.

That pursuant to 21 U.S.C. §§ 853(g)-(i), the United States may dispose of this property

according to law.

That the Clerk of Court is directed to send two (2) certified copies of this Final Order of Forfeiture to Michael J. Gustafson, Assistant United States Attorney, P.O. Box 1824, New Haven, Connecticut 06508, as well as copies of this order to all counsel or parties of record.

SO ORDERED this _4th_ day of _January_, ~~2004~~ 2005, at Hartford, Connecticut.

---
HONORABLE CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE